B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>Eastern District of New York | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>SOUP KITCHEN INTERNATIONAL, INC. | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.)<br><br>THE ORIGINAL SOUPMAN<br>SOUPMAN |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.): | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>1110 South Avenue<br>Staten Island, New York 10314<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Richmond County           ZIP CODE<br>                                                                 10314 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br><br><br>ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

      ☑ Chapter 7      ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>    check this box and state type of entity below.)<br><br>_____ | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>   11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal<br>place of business, or principal assets in the District for 180<br>days immediately preceding the date of this petition or for<br>a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general<br>partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form<br>    specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the<br>petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of<br>1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United<br>    States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are<br>    the subject of a bona fide dispute as to liability or amount;<br>                                           or<br>  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or<br>    agent appointed or authorized to take charge of less than substantially all of the property of the<br>    debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

**TRANSFER OF CLAIM**
☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x /s/ Ellen Hewlett, VP. Treas. <br> Signature of Petitioner or Representative (State title) <br> Eggers Consulting Company, Inc   05/12/2010 <br> Name of Petitioner          Date Signed <br><br> Name & Mailing Address of Individual Signing in Representative Capacity: <br> 11272 Elm Street <br> Omaha, NE 68144 | x s/ Wanda Borges                 05/12/2010 <br> Signature of Attorney              Date <br> Borges & Associates, LLC <br> Name of Attorney Firm (If any) <br> 575 Underhill Blvd., Syosset, NY 11791 <br> Address <br> (516) 677-8200 <br> Telephone No. |
| x_____ <br> Signature of Petitioner or Representative (State title) <br> Fineline Graphics Incorporated   05/12/2010 <br> Name of Petitioner          Date Signed <br><br> Name & Mailing Address of Individual Signing in Representative Capacity: <br> 8081 Zionsville Rd. <br> Indianapolis, IN 46268 | x s/ Wanda Borges                 05/12/2010 <br> Signature of Attorney              Date <br> Borges & Associates, LLC <br> Name of Attorney Firm (If any) <br> 575 Underhill Blvd., Syosset, NY 11791 <br> Address <br> (516) 677-8200 <br> Telephone No. |
| x_____ <br> Signature of Petitioner or Representative (State title) <br> Liqui-Site Designs, Inc.   05/12/2010 <br> Name of Petitioner          Date Signed <br><br> Name & Mailing Address of Individual Signing in Representative Capacity: <br> P.O. Box 777 <br> Nyack, NY 10960 | x s/ Wanda Borges                 05/12/2010 <br> Signature of Attorney              Date <br> Borges & Associates, LLC <br> Name of Attorney Firm (If any) <br> 575 Underhill Blvd., Syosset, NY 11791 <br> Address <br> (516) 677-8200 <br> Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Eggers Consulting Company, Inc | services rendered | 48,591.30 |
| Fineline Graphics Inc. d/b/a Fineline Printing Company | services rendered | 233,699.42 |
| Liqui-Site Designs, Inc. | services rendered | 13,712.52 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims ~~290,000.24~~

____ continuation sheets attached

398,654.71

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _____<br>Signature of Petitioner or Representative (State title)<br>Eggers Consulting Company, Inc    05/12/2010<br>Name of Petitioner                Date Signed<br><br>Name & Mailing            11272 Elm Street<br>Address of Individual<br>Signing in Representative<br>Capacity                  Omaha, NE 68144 | x s/ Wanda Borges         05/12/2010<br>Signature of Attorney       Date<br>Borges & Associates, LLC<br>Name of Attorney Firm (If any)<br>575 Underhill Blvd., Syosset, NY 11791<br>Address<br>(516) 677-8200<br>Telephone No. |
| x _Michael Miller_ Pres<br>Signature of Petitioner or Representative (State title)<br>Fineline Graphics Incorporated    05/12/2010<br>Name of Petitioner  _Richard Miller_   Date Signed<br><br>Name & Mailing            8081 Zionsville Rd.<br>Address of Individual<br>Signing in Representative<br>Capacity                  Indianapolis, IN 46268 | x s/ Wanda Borges         05/12/2010<br>Signature of Attorney       Date<br>Borges & Associates, LLC<br>Name of Attorney Firm (If any)<br>575 Underhill Blvd., Syosset, NY 11791<br>Address<br>(516) 677-8200<br>Telephone No. |
| x _____<br>Signature of Petitioner or Representative (State title)<br>Liqui-Site Designs, Inc.    05/12/2010<br>Name of Petitioner                Date Signed<br><br>Name & Mailing            P.O. Box 777<br>Address of Individual<br>Signing in Representative<br>Capacity                  Nyack, NY 10960 | x s/ Wanda Borges         05/12/2010<br>Signature of Attorney       Date<br>Borges & Associates, LLC<br>Name of Attorney Firm (If any)<br>575 Underhill Blvd., Syosset, NY 11791<br>Address<br>(516) 677-8200<br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Eggers Consulting Company, Inc | services rendered | 48,591.30 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Fineline Graphics Inc. d/b/a Fineline Printing Company | services rendered | 233,699.42 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Liqui-Site Designs, Inc. | services rendered | 13,712.52 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims ~~300,003.24~~ |

_3_ continuation sheets attached

398,654.71

B 5 (Official Form 5) (12/07) – Page 2　　　　　　　　　　　　　Name of Debtor___SOUP KITCHEN INTE!___

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No._____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Signature of Petitioner or Representative (State title) | Signature of Attorney |
|---|---|
| x _____ | x  s/ Wanda Borges                 05/12/2010 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                 Date |
| **Eggers Consulting Company, Inc**    05/12/2010 | **Borges & Associates, LLC** |
| Name of Petitioner              Date Signed | Name of Attorney Firm (If any) |
|  | 575 Underhill Blvd., Syosset, NY 11791 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| 11272 Elm Street | (516) 677-8200 |
| Omaha, NE 68144 | Telephone No. |
| x _____ | x  s/ Wanda Borges                 05/12/2010 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                 Date |
| **Fineline Graphics Incorporated**    05/12/2010 | **Borges & Associates, LLC** |
| Name of Petitioner              Date Signed | Name of Attorney Firm (If any) |
|  | 575 Underhill Blvd., Syosset, NY 11791 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| 8081 Zionsville Rd. | (516) 677-8200 |
| Indianapolis, IN 46268 | Telephone No. |
| x  _[signature]_, PRESIDENT | x  s/ Wanda Borges                 05/12/2010 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                 Date |
| **Liqui-Site Designs, Inc.**    05/12/2010 | **Borges & Associates, LLC** |
| Name of Petitioner              Date Signed | Name of Attorney Firm (If any) |
|  | 575 Underhill Blvd., Syosset, NY 11791 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| P.O. Box 777 | (516) 677-8200 |
| Nyack, NY 10960 | Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Eggers Consulting Company, Inc | services rendered | 48,591.30 |
| Fineline Graphics Inc. d/b/a Fineline Printing Company | services rendered | 233,699.42 |
| Liqui-Site Designs, Inc. | services rendered | 13,712.52 |
| | Total Amount of Petitioners' Claims | ~~296,003.24~~ |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

___2___ continuation sheets attached

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　398,654.71

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Signature of Petitioner or Representative (State title) | Signature of Attorney | Date |
|---|---|---|
| [signature] ONTARIO CANADA | x s/ Wanda Borges | 05/12/2010 |
| Priority Brands, Div Crombie Kennedy    05/12/2010 | Borges & Associates, LLC | |
| Name of Petitioner                  Date Signed | Name of Attorney Firm (If any) 575 Underhill Blvd., Syosset, NY 11791 | |
| Name & Mailing Address of Individual Signing in Representative Capacity: 151 Esna Pk Dr. Unit 12, Markham, ON L3r3B1 | Address (516) 677-8200 Telephone No. | |

| x_____ | x s/ Wanda Borges | 05/12/2010 |
|---|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney | Date |
| Rarrick Business Soluntions, Inc.   05/12/2010 | Borges & Associates, LLC | |
| Name of Petitioner                  Date Signed | Name of Attorney Firm (If any) 575 Underhill Blvd., Syosset, NY 11791 | |
| Name & Mailing Address of Individual Signing in Representative Capacity: 261 Mountainview Ave., Nyack, NY 10960 | Address (516) 677-8200 Telephone No. | |

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| Name of Petitioner       Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Priority Brands, Div Crombie Kennedy Nasmark Inc. | services rendered | 94,873.52 |
| Rarrick BusinessSolutions Inc dba Bullseye Public Relations | services rendered | 7,777.95 |
|  |  |  |

| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims  398,654.71 |
|---|---|

1 continuation sheets attached

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _____
Signature of Petitioner or Representative (State title)
**Priority Brands, Div Crombie Kennedy**    05/12/2010
Name of Petitioner            Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
151 Esna Pk Dr. Unit 12
Markham, ON L3r3B1

x _s/ Wanda Borges_      05/12/2010
Signature of Attorney        Date
Borges & Associates, LLC
Name of Attorney Firm (If any)
575 Underhill Blvd., Syosset, NY 11791
Address
(516) 677-8200
Telephone No.

---

x _____
Signature of Petitioner or Representative (State title)
**Rarrick Business Soluntions, Inc.**    05/12/2010
Name of Petitioner            Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
261 Mountainview Ave.
Nyack, NY 10960

x _s/ Wanda Borges_      05/12/2010
Signature of Attorney        Date
Borges & Associates, LLC
Name of Attorney Firm (If any)
575 Underhill Blvd., Syosset, NY 11791
Address
(516) 677-8200
Telephone No.

---

x _[signature]_ Vice President,
Signature of Petitioner or Representative (State title)
Charles DeBruyn    5-13-10
Name of Petitioner      Date Signed
Rarrick Business Solutions, Inc.
Name & Mailing Address of Individual
261 Mountainview Ave
Signing in Representative Capacity
Nyack, NY 10960

x _Wanda Borges_    5/15/10
Signature of Attorney      Date
Borges & Associates, LLC
Name of Attorney Firm (If any)
575 Underhill Blvd, Syosset, NY 11791
Address
(516) 677-8200
Telephone No.

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Priority Brands, Div Crombie Kennedy Nasmark Inc. | services rendered | 94,873.52 |
| Rarrick BusinessSolutions Inc dba Bullseye Public Relations | services rendered | 7,777.95 |
| | | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims    **398,654.71**

___ continuation sheets attached